IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

TANYCIA L. BAKER,                          )
                                           )
          Plaintiff,                       )
                                           )
VS.                                        )          CIVIL ACTION NO.
                                           )
DENIS R. MCDONOUGH, Secretary,             )          3:24-CV-0379-G-BT
U.S. Department of Veterans Affairs,       )
                                           )
          Defendant.                       )

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge,[*] in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the court.

Accordingly, the defendant's motion for summary judgment (docket entry 37) is **GRANTED**, and the plaintiff's sex discrimination, retaliatory hostile work environment, and retaliation claims are hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

March 23, 2026.

_____
**A. JOE FISH**
**Senior United States District Judge**

---

[*]      No objections were filed.